# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00875-CR

**Rhett Webster Pease, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT OF BURLESON COUNTY
### NO. C-CR-08-19136, HONORABLE MIKE SUTHERLAND, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Rhett Webster Pease filed a pro se notice of appeal in this Court that was docketed under the above cause number. Upon further review, it appears that Pease is seeking to challenge the jurisdiction of the Burleson County Court in a prosecution for simulating legal process. Burleson County is not in this Court's district. *See* Tex. Gov't Code Ann. § 22.201(d) (West Supp. 2010).

The appeal is dismissed for want of jurisdiction.

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Henson and Goodwin

Dismissed for Want of Jurisdiction

Filed:   June 15, 2011

Do Not Publish